IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>Daniel Carlos Lusitand Yaiguaje, et al.<br><br>                     Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 11-MC-80087 CRB<br><br>[PROPOSED] ORDER RE MODIFICATIONS TO BRIEFING SCHEDULE AND HEARING DATE |

Having considered the Motion of Mason Investigative Group, Eric Mason, and Joseph Parisi ("Respondents"), and for good cause,

IT IS HEREBY ORDERED that this Court's Order filed May 17, 2011, is modified as follows:

    (1)    All oppositions to the Application (including any objections to the proposed subpoena), if any, shall be filed no later than 5:00 p.m. (PDT) on June 8, 2011.

    (2)    Any reply in support of the Application, if any, shall be filed no later than 5:00 p.m. (PDT) on June 15, 2011.

    (3)    The hearing on the Application is continued to July 01, 2011 at 10:00 a.m.

///////

1  IT IS FURTHER ORDERED that if this Court finds that the Application in the matter
2 entitled *Dr. Diego Garcia Carrion et al.,* Case No. CV-11-80110 JSW, is related to this matter, then
3 the same briefing schedule and hearing date will apply to both matters.

Dated: _____ May 27, 2011.



Charles R. Breyer
United S...

- 2 -   CASE NO.: 11-MC-80087 CRB
[PROPOSED] ORDER RE MODIFICATIONS TO BRIEFING SCHEDULE AND HEARING DATE