1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>Diego Garcia Carrion, the Attorney General of the Republic of Ecuador, and the Republic of Ecuador,<br><br>           Applicants,<br><br>For the Issuance of Subpoenas for the taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782<br><br>—————————————————————<br><br>In re<br><br>Daniel Carlos Lusitand Yaiguaje, et al.,<br><br>           Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 11-mc-80110 CRB (NC)<br>Case No. 11-mc-80087 CRB (NC)<br><br>**ORDER RE: APPLICANTS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM MASON INVESTIGATIVE GROUP**<br><br>Related Cases:<br><br>10-mc-80324 CRB (NC)<br>11-mc-80225 CRB (NC)<br>11-mc-80171 CRB (NC)<br>11-mc-80172 CRB (NC) |

10

11

12

13

14

15

16

17

18

19

20

21

22

23       Two sets of applicants, (1) Diego Garcia Carrion, the Attorney General of the

24 Republic of Ecuador, and the Republic of Ecuador ("Republic") and (2) Daniel Carlos

25 Lusitand Yaiguaje and other plaintiffs in the Lago Agrio action ("Ecuadorian Plaintiffs")

26 (collectively, "Applicants"), each move to compel respondents Mason Investigative

27 Group, Inc., Eric Danford and Joseph Parisi (collectively, "Mason Group") to produce all

28 documents identified in respondents' revised August 23, 2011 privilege log. Ecuadorian

1  Pl.'s Mot. Compel, Case No. 11-mc-80087, Dkt. No. 90; Republic's Mot. Compel, Case

2  No. 11-mc-80110, Dkt. No. 46.

3  　　　The motions to compel pertain to two separate but similar 28 U.S.C. § 1782

4  applications seeking subpoenas for deposition testimony and the production of documents

5  from the Mason Group, an investigative group engaged by Diego Borja's attorneys in

6  relation to the Lago Agrio litigation.  Republic's Mot. Compel at 1.  On August 5, 2011,

7  the District Court granted the § 1782 applications and authorized the issuance of

8  subpoenas directed to the Mason Group.  *See* Order Granting § 1782 Appl., Case No. 11-

9  cv-80225, Dkt. No. 171, filed under seal.  The District Court had previously ordered the

10  Mason Group to produce privilege logs in relation to the § 1782 applications.  *See* July 5,

11  2011 Min. Order (Case No. 11-mc-80087, Dkt. No. 69; Case No. 11-mc-80110, Dkt. No.

12  30).

13  　　　The Mason Group alleges that certain responsive documents are withheld as

14  attorney work product and/or are attorney-client privileged.  *See* Resp.'s Opp'n Mot.

15  Compel (Case No. 11-mc-80087, Dkt. No. 96; Case No. 11-mc-80110, Dkt. No. 50).  The

16  applicants assert they are unable to evaluate the claimed privileges based on the

17  descriptions provided in the Mason Group's revised privilege log dated August 23, 2011.

18  Ecuadorian Pl.'s Mot. Compel at 9.

19  　　　The Court orders that by March 30, respondents submit to this Court for *in camera*

20  review the following documents associated with entries identified in respondents' August

21  23 privilege log: MASON00153-00350; 00358-00361; 00374-00429; 00431-00445;

22  00474-00478; 00490-00676; 00690-00694; 00770-00773; 00814-00832; 00843-00844;

23  00887-00906; and 00910-00937.

24

　　　IT IS SO ORDERED.

25

26  DATED: March 22, 2012

27  　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

28

Case Nos. 80110 and 80087 CRB (NC)
ORDER RE: MOTIONS TO COMPEL