[Logo]    **OFFICE OF PUBLIC PROSECUTION OF THE REPUBLIC OF ECUADOR**

OFFICE OF THE GENERAL PROSECUTOR OF ECUADOR

---

## FREE AND VOLUNTARY VERSION

## PRELIMINARY INVESTIGATION No.  107-2009-DRR

In the City of Quito, the Metropolitan District, this eighth day of June of the year two thousand and ten, at ten hours, Mr. **SANTIAGO ERNESTO ESCOBAR ESCOBAR,** of Ecuadorian Nationality, holder of document of national identification No. 170824608-5, born in Quito on March 11, 1977, 33 years of age, a travel agent, residing in Toronto, Canada, on Scardel 452 Street, in Otvil-Ontario, telephone number 3474107019 appears before doctor Alfredo Alvear Enríquez, the Substituting National Prosecutor of Ecuador, accompanied by his counsel, lawyers María José Saavedra Avilés, holder of Bar Association of Pichincha [*Colegio de Abogados de Pichincha, CAP*] Professional License No. 9578 CAP, and Fausto Alejandro Jarrín Terán, holder of Bar Association of Pichincha Professional License No. 6633 CAP to freely and willfully render his version on the case under investigation, and after being advised on the provisions in article 76 of the Constitution of the Republic of Ecuador with respect to the Due Process of Law he states the following, "in early September 2009 I held some conversations via chat through Hotmail server messenger with Diego Borja Sánchez, to whom I know since approximately 15 years, with whom I share the same friends, belong to the same social strata, and since such date we have been friends for about six years[.] In social exchanges, Diego Borja used to say he worked for CHEVRON TEXACO, he was not a mere employee, he received a special treatment, and his line boss was in Miami, Florida; he showed no ethical or moral remorse while making straight comments on secret activities he performed for his Chevron-Texaco bosses; I did not clearly understand such issue at that time, but as time went by he himself explained to us what his job was about, he then told me he had carried out some activities to hinder inspections in favor of indigenous people in El Oriente.  His group of friends, including me, did not understand very well that issue, which he boasted about with arrogance and a high sense of self-confidence, he always talked about the power he had as a result of his working for that transnational company that is very powerful[.]. He told us he succeeded in bribing some military members to make them issue false intelligence reports, and hindering those inspections that were important for indigenous people[;] such stories were quite common at that time. As I was aware of his practices that did not adhere to law, when I got to know that some videos were released, where he allegedly reported some corruption actions and purported to be an Ecuadorian person that loved his country, I got so angry and outraged by the fact that some people go against their own people for money[.] Additionally, I was curious to know the true causes that led Diego Borja to make those videos.  I want to make clear that in June 2009, approximately when I was in Ecuador for two months, Diego Borja Sánchez openly mentioned in a nightclub that he had secretly filmed some authorities in order to triumph over the lawsuit pursued by indigenous people against this corporation, and mentioned he was doing the best business in his lifetime by handling those videos down to his bosses, and he would be paid a lot of money for doing it. It follows from the above that it is quite the opposite to what he had said that he along with an American citizen named Wayne Hansen were looking for any remediation businesses and they ended up involved in a bribery scheme, and as they were good citizens

[Logo]    **OFFICE OF PUBLIC PROSECUTION OF THE REPUBLIC OF ECUADOR**

OFFICE OF THE GENERAL PROSECUTOR OF ECUADOR

they had given the videos to Chevron Texaco corporation. Based on the above, I started talking with Diego Borja and asked him why he had done it[;] we started chatting and about late October he proposed me to contact my acquaintances of Alianza País or the Ecuadorian Government, and he could sell them information for them to use it against Chevron Texaco corporation, because he knew their dark side and all the illegalities they had committed. After he made such proposal, I decided to contact him, I tell him to call me through Skype, which is an Internet voice communication system, and I also made a free download of PAMELA, the Internet recording system. Whenever we talked with Diego Borja through that voice system, the Pamela program was automatically triggered[.] My suspicions that his true motivation was not that of a good citizen but there was some reward led me to make those recordings. In those recordings there are numberless disclosures that I consider important for national interest, because they are against any moral, ethical rule, and compromise the Ecuadorian institutional system. In a part where he activates the webcam, he shows me his house where he lives, it is a house in a golf course, whose rental fee is six thousand dollars, it has a swimming pool, private security[.] Such housing estate in the United States has an average minimum cost of two million dollars. He then explains to me that he has all those benefits that are uncommon in the USA, that he has a 4x4[.] In summary, when he shows me his house in a tour through the living room and the kitchen, he starts laughing, and he quotes the phrase in English CRIME DOES PAY, which is used by the mafia in the United States, and is in those recordings[.] And I then insist, and ask him to tell me the meaning of CRIME DOES PAY, for I do not know the accurate translation in Spanish, I think it may be EL CRIMEN PAGA when you do something unlawful, he then starts laughing at the benefits he receives from crime [.] The recordings continue, and I started playing along with him and told him there are some people interested in buying evidence with him, but it was a false story. I want to make clear that I do not feel good in lying, but since what he was telling me about illegal practices of his own and his bosses was valuable information, I played along with him and told him there were interested people, he then said that in these six hours of recordings and 25 pages of chatting, he was being paid the equivalent of 10,000 dollars in Ecuador, he earned ten thousand dollars in Ecuador, he did not stop earning money that Chevron Texaco was paying the equivalent amount [sic.] When I asked him whether the equivalent amount in the United States is one hundred thousand, he answered Yes indeed, which is in audio recordings for you to verify it. He told me that Chevron Texaco company gave him anything he asked from them. The second part [sic], which in my opinion is the most important, he told me he had formed four firms for the multinational corporation in order to appear as independent entities, and that his firm INTER INTELEG was one of them, that even his wife Sara Portilla Wanderly had a firm that engaged in analyzing soil samples from El Oriente, which were the evidence for the defense of the multinational company to show they had performed the remediation, but he told me it was not true, the samples were taken ten [sic] twenty kilometers away from the location they should have been taken[.] And on several occasions when I went to his office in Borja Páez building, which is behind the Chamber of Commerce of Quito, the offices of Chevron Texaco lawyers operate in the same building, he told me that those firms were a façade to feign transparency. Thus, the office of Diego Borja and his wife was the place where the

[Logo]   **OFFICE OF PUBLIC PROSECUTION OF THE REPUBLIC OF ECUADOR**

OFFICE OF THE GENERAL PROSECUTOR OF ECUADOR

---

remediation firm also operated[, where] Sara Portilla, his wife, was its product manager, in charge of management to perform those analyses[.] Those façade firms operated in that office, where he once showed me some industrial refrigerator-like large fridges, and three desks. He literally told me that evidence for the defense of the multinational company was there, which I know is not true, because I took the samples 20 kilometers away from where they should have been taken. Another part that in my opinion is very important is where he says that if he admitted that Chevron Texaco sent him to make those videos, and paid him for those videos, he could apply for political asylum in the United States, and where he spoke and told anything he has done and knows about that firm, he would immediately be closed in the United States, in referring to the Anti-Corruption Act the American firms have when they are abroad. He also mentioned he has no problem in returning to Ecuador, [because] nobody has threatened or intimidated him[;] and if he returns to Ecuador those in the other side are to be worried about[;] and he told me he has no prosecution or problem.  When I gave the recordings to indigenous people in November 2009, Mr. Luis Yanza was contacted, with whom I met in a subsequent meeting with Grand Fine[.] I freely and willfully gave the recordings to Luis Yanza, under no pressure or promise of anything in exchange for those recordings. After analyzing those 25 pages during six hours, I made the decision to provide such information to the plaintiffs, because I belief some illegal practices have been incurred, and because of education I have received from my family and the values they have instilled on me, because if someone gets to know of some illicit act and fails to report it he may become an accomplice[.] Thus, I decided to give the recordings to the plaintiffs so that the evaluate them and make any decisions they may deem to be appropriate.  I would like to make clear I have no interest whatsoever in this issue[.]  I live in Canada, as I have already said, and I request from the authorities to review those documents, and investigate in [complying with] their duty to secure the respect for Ecuador sovereignty and maintain the rule of law, and since it is a delicate and important complaint, I request from your authority to provide us police protection during our stay in Ecuador. I would like to endorse the acts performed by my lawyers who accompany me at this time." The version of the appearing party ends here, who puts his name and sign in a joint action with the Substituting General Prosecutor of Ecuador and his counsel.

[Illegible signature]
_____
**SANTIAGO ESCOBAR ESCOBAR**
**APPEARING PARTY**

[Illegible signature]
_____
Ab. María José Saavedra Avilés
**LAWYER MAT. 9578 C.A.P.**

[Illegible signature]
_____
Ab. Fausto Alejandro Jarrín Terán
**LAWYER MAT. 6633 C.A.P.**

[Illegible signature]
_____
Dr. Alfredo Alvear Enríquez
**SUBSTITUTING NATIONAL PROSECUTOR OF ECUADOR**

_____
Av. Eloy Alfaro N32-250 y República * Phone Nos: (593-2) 2559 958 / (593-2) 2559 959
Quito - Ecuador








# FISCALÍA DE LA REPÚBLICA
## FISCALÍA GENERAL

### VERSIÓN LIBRE Y VOLUNTARIA
### INDAGACION PREVIA No. 107-2009-DRR

En la ciudad de Quito, Distrito Metropolitano a los ocho días del mes de junio de 2010, a las 10h00, ante el señor doctor Alfredo Alvear Enríquez, Fiscal General del Estado Subrogante, comparece el señor **SANTIAGO ERNESTO ESCOBAR ESCOBAR**, de nacionalidad ecuatoriana, con cédula de ciudadanía No. 170824608-5, nacido en Quito-Pichincha, el 11 de marzo de 1977, de 33 años de edad, de ocupación Agente de Viajes, domiciliado en Toronto-Canadá, calle 452 Scardel en Otvil-Ontario, teléfono 3474107019; acompañado de sus Abogados Ab. María José Saavedra Avilés, matrícula profesional No. 9578 CAP y Ab. Fausto Alejandro Jarrín Terán, matrícula profesional No. 6633 CAP; para rendir su versión libre y voluntaria en torno al caso que se investiga y una vez que se le indica acerca de lo establecido en el Art. 76 de la Constitución de la República del Ecuador que se refiere al Debido Proceso, manifiesta: "a inicios de septiembre del 2009 empecé a tener conversaciones vía chat con servicio messenger de hotmail con Diego Borja Sánchez, a el lo conozco desde hace mas o menos unos 15 años, del mismo círculo social, los mismos amigos en común y desde ese tiempo para acá hemos tenido una amistad desde hace mas o menos unos seis años, Diego en conversaciones sociales manifestaba que trabajaba para CHEVRON TEXACO, que el era no un simple empleado, que tenía un trato especial y que su jefe inmediato estaba en Miami-Florida; el sin ningún problema ni ningún remordimiento ético o moral nos comentaba abiertamente las actividades clandestinas que realizaba para sus jefes para Chevron-Texaco; en ese entonces no entendía muy bien del asunto pero con el tiempo el mismo nos iba ilustrando de que se trataba su trabajo, entonces me manifestó que había realizado unas actividades para evitar de que se hagan inspecciones a favor de los indígenas en el oriente; no entendíamos muy bien el grupo de amigos de que se trataba este asunto, lo que nos decía alardeando y sintiéndose muy prepotente y a la vez muy seguro, siempre mencionaba del poder que tenía por trabajar para esta transnacional que es muy poderosa, nos contó que habían logrado sobornar a militares para que emitan informes de inteligencia falsos y que estas inspecciones importantes para los indígenas no se realicen, entonces historias de este tipo eran bastante comunes. Yo como conocía de sus prácticas que no son apegadas a la ley, cuando me enteré que habían salido unos videos en los que el supuestamente denunciaba actos de corrupción y que era un ecuatoriano que quería a su país, me causó demasiada indignación y rabia de que sujetos por dinero atenten contra su propia gente; entonces esto me llevó más la curiosidad que tenía de saber las verdaderas causas que llevaron a Diego Borja a hacer estos videos. Quiero aclarar que en el mes de junio del 2009 aproximadamente cuando estuve en el Ecuador por dos meses, en una discoteca Diego Borja Sánchez comentó abiertamente que había filmado clandestinamente a varias autoridades con el objetivo de tumbar el juicio que siguen los indígenas a la corporación y comentó de que estaba haciendo el mejor negocio de su vida al entregar estos videos a sus jefes, que iba a recibir mucho dinero por esto. Con este antecedente, es totalmente opuesto a lo que el había dicho de que buscaba negocios de remediación ambiental junto con un americano de nombre Wayne Hansen y que estos dos sujetos al buscar negocios de remediación ambiental terminaron envueltos en un esquema de sobornos y que ellos como buenos ciudadanos habían entregado los videos a la corporación Chevrón Texaco. Con este antecedente, empecé a conversar con Diego Borja y le pregunté porqué había hecho







# FISCALÍA DE LA REPÚBLICA
## FISCALÍA GENERAL

esto, empezamos a conversar por chat y más o menos a finales de octubre vía chat el me propuso que me comunique con mis conocidos de Alianza País o del gobierno y que el podía venderles información para que usen en contra de la empresa Chevron Texaco ya que el sabía su lado oscuro y todas las ilegalidades que ellos habían cometido. Una vez que me hace esta propuesta decido comunicarme con el, le digo que me llame mediante el sistema de skype que es un sistema de comunicación de voz a través de internet y también me bajé gratuitamente a través del internet el sistema de grabaciones PAMELA, cuando nos comunicábamos con este sistema de voz con Diego Borja automáticamente el sistema Pamela se activaba, mis sospechas de que su verdadera motivación no era la de un buen ciudadano sino que había un premio, que lo había hecho por dinero básicamente, me llevaron a realizar estas grabaciones. Durante las grabaciones hay un sinnúmero de revelaciones que pienso que son importantes para el interés nacional ya que van en contra de toda norma moral ética y atenta a la institucionalidad del Ecuador. En una parte cuando el activa la webcam, me enseña su casa, que está viviendo en una casa en un campo de golf, que el arriendo cuesta seis mil dólares, tiene piscina, guardianía privada, un conjunto residencial de esta índole en Estados Unidos tiene un promedio de casas de un valor de dos millones de dólares para arriba. Entonces el me detalla que tiene todos estos beneficios que no son comunes en EEUU, que tiene una 4x4, en fin al momento que me enseña su casa una especie de tour por la sala y la cocina, empieza a reírse y cita una frase en inglés en la que el dice CRIME DOES PAY que significa EL CRIMEN SI PAGA, que es una frase que usan los mafiosos en Estados Unidos, esto consta en las grabaciones y yo le insisto y le pregunto qué significa CRIME DOES PAY, en español no se la traducción exactamente pero me parece que es EL CRIMEN PAGA cuando uno ha hecho algo ilícito, empieza a reírse de los beneficios que le da el crimen, entonces las grabaciones siguen y yo comienzo a seguirle la corriente y le dije que había contactado a gente que estaba interesada en comprarle evidencia, pero era una historia falsa. Quiero aclarar que no me siento bien mintiendo pero por tratarse de información valiosa que el me estaba contando sobre sus prácticas ilegales y la de sus jefes, le seguí la corriente y le dije que habían interesados, entonces me supo manifestar que en estas seis horas de grabaciones y 25 páginas de chat, que le estaban pagando el equivalente de 10.000 dólares en Ecuador, que el ganaba diez mil dólares en Ecuador, que el no dejaba de ganar dinero que Chevron Texaco le estaba pagando el equivalente, cuando le pregunté el equivalente de diez mil dólares en Estados Unidos es cien mil? El me contestó que claro, eso consta en los audios para que ustedes verifiquen. Me dijo que la empresa Chevron Texaco le daba todo lo que el pedía. La segunda parte me parece que esto es lo mas relevante, me manifestó que había constituido cuatro empresas para la multinacional con el objetivo de aparecer como independientes y que su empresa INTER INTELEG era una de ellas, que incluso su esposa Sara Portilla Wanderley tenía una empresa que se encargaba de analizar las muestras de suelo en el oriente, que eran las pruebas de descargo de la multinacional para demostrar que habían hecho la remediación, pero el me dijo que eso no era verdad, las muestras eran recogidas a diez veinte kilómetros de los campos donde tenían que tomarlas y varis veces cuando fui a su oficina en el edificio Borja Páez, que queda detrás de la Cámara de Comercio de Quito, en este mismo edificio funcionan las oficinas de los abogados de Chevron Texaco, me manifestó que estas empresas eran una fachada para aparentar transparencia. Entonces en esta oficina de Diego Borja y su esposa funcionaba también esta empresa de remediación que Sara Portilla su esposa, era product-manager, encargada de la gerencia



# FISCALÍA DE LA REPÚBLICA
## FISCALÍA GENERAL

para realizar estos análisis; en esta oficina funcionaban estas empresas fachada y el una vez me enseñó que habían unos frigoríficos grandes como refrigeradoras industriales y tres escritorios. Literalmente me dijo ahí están las pruebas de descargo de la multinacional pero yo se que no es verdad porque yo recogí esas muestras a 20 kilómetros de donde verdaderamente era de recoger. Otra parte que me parece importante en la que el dice que si el admitiese que Chevron Texaco le envió a hacer estos videos y le pagó por estos videos, el podría igual aplicar asilo político en Estados Unidos y que si es que el hablaría y diría todo lo que el ha hecho y sabe de la empresa, al otro día inmediatamente le cerrarían en los Estados Unidos, refiriéndose al acta anticorrupción que tienen las empresas norteamericanas cuando están fuera del país. También me supo manifestar de que el no tiene ningún problema en regresar al país, que nunca nadie le amenazó ni recibió intimidación alguna y que si es que el regresa al Ecuador quienes más bien deberían cuidarse son los del otro lado, entonces me dijo que no tiene ninguna persecución ni ningún problema. Cuando yo entregué las grabaciones a los indígenas en noviembre del 2009, se le contactó al señor Luis Yanza a quien en una posterior reunión nos reunimos con Grand Fine, a Luis Yanza les entregué las grabaciones voluntariamente sin ninguna presión o promesa de algo por las grabaciones. Después de analizarlas seis horas, las 25 páginas tomé la decisión de entregarles la información a los demandantes porque creo que se han incurrido en prácticas ilegales y por la formación que he tenido desde mi familia y los valores que me han inculcado, porque si es que alguien conoce de un ilícito y no lo denuncia se puede convertir en un cómplice, entonces decidí entregarles a los demandantes los audios para que ellos hagan una evaluación y tomen las decisiones que ellos crean pertinentes. Quisiera aclarar que yo no tengo interés de ninguna índole en este asunto, vivo en Canadá como ya lo mencioné y que por favor las autoridades revisen estos documentos y en su deber de hyacer respetar la soberanía del país y que se mantenga el estado de derecho investiguen y por ser una denuncia delicada y de importancia solicito a su autoridad nos den protección policial durante nuestra estadía en el Ecuador. Quiero ratificar la actuación de mis abogados que me acompañan este momento". Hasta aquí la versión del compareciente quien la firma conjuntamente con el señor Fiscal General del Estado Subrogante y sus abogados patrocinadores.

**SANTIAGO ESCOBAR ESCOBAR**
**COMPARECIENTE**

Ab. María José Saavedra Avilés
**ABOGADO MAT. 9578 C.A.P.**

Ab. Fausto Alejandro Jarrín Terán
**ABOGADO MAT. 6633 C.A.P.**

Dr. Alfredo Alvear Enríquez
**FISCAL GENERAL DEL**
**ESTADO SUBROGANTE**