# Chevron's payments to, or on behalf of, Diego Borja

**Total:**

**$2,239,042.96**

**Detail**

**Rental home in California**

$47,255.00 ($3,635 per month from August 2009 to September 2010) (CVX-RICO-0000506-12)

**Rental home in Houston**

$24,750.00 ($1,650 per month from October 2010 to December 2011) (CVX-RICO-0000500-05)

**Monthly "stipend" of $10,000 from August-December 2009**

$50,000.00 (CVX-RICO-0000497-99).

**Monthly "stipend" of $5,000 from January 2010-September 2011**

$105,000.00 (CVX-RICO-0000479; CVX-RICO-0000496; CVX-RICO-0000503)

**$5,000 per month employment for his wife, Sara Portilla from Jan. 2010-Dec. 2011**

$120,000.00

**CORT (furniture rental in California)**

$12,493.39 ($961.03 per/mo from August 2009 to September 2010) (CVX-RICO-0000463-75)

**Hotel/Travel/Living expenses (June-September 2009)**

$26,764.66 (CVX-RICO-6014666-69; CVX-RICO-6014666-724; CVX-RICO-0000533-42)

**Car Allowance**

$10,581.22 (CVX-RICO-0000476-78; CVX-RICO-0000543-49)

**Cell Phone**

$560.04 (CVX-RICO-6014672)

**Miscellaneous Payments**

$3,000.00 from Jones Day to Borja for "Reimb/Expenses" in July 09 (CVX-RICO-6014662-63)

$1,400 for "Legal Issue" in June 2010 (CVX-RICO-0000478)

329733.1

**Arguedas, Cassman, & Headley LLP (litigation counsel)**

$915,560.40 (August 2009 – June 2011)

**Coblentz, Patch, Duffy, & Bass LLP (tax lawyers)**

$136,059.25 (April 2010 – March 2011)

**Tax payments to US Treasury**

$696,034.00 (CVX-RICO-0000522-24; CVX-RICO-0000526; CVX-RICO-0000528; CVX-RICO-0000530; CVX-RICO-0000532)

**Tax payments to State of California**

$89,585.00 (CVX-RICO-0000525; 527; 529; 531)

329733.1