Eric W. Bloom (admitted *pro hac vice*)
Gregory L. Ewing (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone:   (202) 282-5000
Facsimile:    (202) 282-5100
ebloom@winston.com
gewing@winston.com

Attorneys for Applicants,
Dr. DIEGO GARCÍA CARRIÓN,
THE ATTORNEY GENERAL OF
THE REPUBLIC OF ECUADOR, and
THE REPUBLIC OF ECUADOR

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* Application of:<br><br>Dr. DIEGO GARCÍA CARRIÓN, the Attorney General Of The Republic of Ecuador, and the REPUBLIC OF ECUADOR,<br>                    Applicants,<br><br>For the Issuance of Subpoenas Under 28 U.S.C. §1782(a) for the Taking of Depositions of and the Production of Documents by Mason Investigative Group, Inc., Eric Danford Mason, and Joseph Phillip Parisi for Use in a Foreign Proceeding. | Case No. 11-MC-80110-CRB<br><br>DECLARATION OF GREGORY L. EWING IN SUPPORT OF APPLICANTS' OPPOSITION TO RESPONDENTS' BRIEFS REGARDING BAD FAITH |

**Related Cases:**
- *In re Applica of Yaiguaje, et al.*, C-11-MC-80087 CRB ("Yaiguaje Mason 1782")
- *In re Application of Yaiguaje, et al.*, C-10-MC-80324 CRB ("Yaiguaje Borja 1782")
- *In re Application of The Republic of Ecuador, et al.*, C-10-MC-80225 CRB ("ROE Borja 1782")
- *In re Application of the Republic of Ecuador, et al.*, 11-mc-80171-CRB ("ROE Kelsh 1782")
- *In re Application of the Republic of Ecuador, et al.*, 11-mc-80172-CRB ("ROE Exponent 1782")

I, Gregory L. Ewing, declare as follows:

1.   I am an attorney licensed and in good standing to practice law in the State of Maryland and the District of Columbia. I am an associate at the firm of Winston & Strawn LLP, counsel of record for the Republic of Ecuador and Dr. Diego García Carrión, the Procurador (Civil Attorney General) of the Republic of Ecuador (collectively, "Applicants") in connection with this matter and the foreign proceeding to which it relates.

1

DECLARATION OF GREGORY L. EWING ISO APPLICANTS' OPPOSITION TO RESPONDENTS' BRIEFS
REGARDING BAD FAITH
IN RE APPLICATION OF DR. DIEGO GARCÍA CARRIÓN, 11-mc-80110-CRB

2. I submit this declaration to identify and authenticate 31 exhibits in support of the Applicants' Opposition to Respondents' Motions re Bad Fait. True and correct copies of the following documents are submitted as attachments herewith:

3. Attached as Exhibit 1 hereto is a true and correct copy of Chevron Press Release, *Videos Reveal Serious Judicial Misconduct and Political Influence in Ecuador Lawsuit* (Aug. 31, 2009).

4. Attached as Exhibit 2 hereto is a true and correct copy of Chevron Corporation's and Texaco Petroleum Company's Notice of Arbitration (Sept. 23, 2009).

5. Attached as Exhibit 3 hereto is a true and correct copy of Chevron's Merits Memorial filed in *Chevron Corp. and Texaco Petroleum Company v. Republic of Ecuador*, PCA Case No. 2009-23 (Sept. 6, 2010).

6. Attached as Exhibit 4 hereto is a true and correct copy of Transcript of Proceedings held on Nov. 10, 2010 in *In re Application of the Republic of Ecuador re Diego Borja*, No. C 10-00112 (N.D. Cal.).

7. Attached as Exhibit 5 hereto is a true and correct copy of a Letter from Thomas Cullen to Dr. Diego García Carrión (Oct. 26, 2009).

8. Attached as Exhibit 6 hereto is a true and correct copy of Sept. 23, 2011 Hearing held in *In re Republic of Ecuador* (Kelsh), 3:11-mc-80171 (Dkt 36).

9. Attached as Exhibit 7 hereto is a true and correct copy of Statement of Santiago Ernesto Escobar, submitted in Preliminary Investigation No. 107-2009-DRR, Office of the General Prosecutor of Ecuador (June 8, 2010) with Spanish original and English translation.

10. Attached as Exhibit 8 hereto is a true and correct copy of *Amazon Defense Coalition, Key Witness Testifies that Chevron Paid Bribes, Switched Soil Samples in $27b Ecuador Lawsuit*, petroleumworld.com (June 11, 2010).

11. Attached as Exhibit 9 hereto is a true and correct copy of a Summary of Chevron Payments to or on Behalf of Diego Borja.

12. Attached as Exhibit 10 hereto is a true and correct copy of Republic of Ecuador

2

1  Rejoinder on the Merits (Track 2) filed in *Chevron Corp. and Texaco Petroleum Company v.*
2  *Republic of Ecuador*, PCA Case No. 2009-23 (Dec. 16, 2013) (partially redacted pursuant to
3  protective orders).

4      13. Attached as Exhibit 11 hereto is a true and correct copy of Email from J. Sáenz to S.
5  Donziger (Nov. 15, 2007) with Spanish original and English translation.

6      14. Attached as Exhibit 12 hereto is a true and correct copy of Email from J. Sáenz to S.
7  Donziger (Jun. 9, 2008).

8      15. Attached as Exhibit 13 hereto is a true and correct copy of excerpts of Acta from JI of
9  Aguarico 2 filed in Lago Agrio Record, Cuerpo 1309 at 140787-814 with Spanish original and
10 English translation.

11     16. Attached as Exhibit 14 hereto is a true and correct copy of Email from G. Erion to S.
12 Donziger (Jun. 13 2008).

13     17. Attached as Exhibit 15 hereto is a true and correct copy of Protocolización filed in
14 Lago Agrio Record, Cuerpo 1308 at 140701 with Spanish original and English translation.

15     18. Attached as Exhibit 16 hereto is a true and correct copy of Lago Agrio Record,
16 Cuerpo 1309 at 140716-786.

17     19. Attached as Exhibit 17 hereto is a true and correct copy of Lago Agrio Record,
18 Cuerpo 1439 at 153734-737.

19     20. Attached as Exhibit 18 hereto is a true and correct copy of Republic of Ecuador
20 Counter-Memorial on the Merits (Track 2) filed in *Chevron Corp. and Texaco Petroleum Company*
21 *v. Republic of Ecuador*, PCA Case No. 2009-23 (Feb. 18, 2013) (partially redacted pursuant to
22 protective orders).

23     21. Attached as Exhibit 19 hereto is a true and correct copy of Republic of Ecuador
24 Counter-Memorial on the Merits (Track 2) Annex D filed in *Chevron Corp. and Texaco Petroleum*
25 *Company v. Republic of Ecuador*, PCA Case No. 2009-23 (Feb. 18, 2013) (partially redacted
26 pursuant to protective orders).

27     22. Attached as Exhibit 20 hereto is a true and correct copy of LBG Expert Rpt. filed in

3

DECLARATION OF GREGORY L. EWING ISO APPLICANTS' OPPOSITION TO RESPONDENTS' BRIEFS
REGARDING BAD FAITH
IN RE APPLICATION OF DR. DIEGO GARCÍA CARRIÓN, 11-mc-80110-CRB

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

*Chevron Corp. and Texaco Petroleum Company v. Republic of Ecuador*, PCA Case No. 2009-23 (Feb. 18, 2013) (partially redacted pursuant to protective orders).

23. Attached as Exhibit 21 hereto is a true and correct copy of LBG Rejoinder Expert Report filed in *Chevron Corp. and Texaco Petroleum Company v. Republic of Ecuador*, PCA Case No. 2009-23 (Dec. 16, 2013) (partially redacted pursuant to protective orders).

24. Attached as Exhibit 22 hereto is a true and correct copy of *Rainforest lawsuit against Chevron gears up*, LOS ANGELES DAILY NEWS (Dec. 20, 2008).

25. Attached as Exhibit 23 hereto is a true and correct copy of Sacha Norte 2 Judicial Inspection Acta.

26. Attached as Exhibit 24 hereto is a true and correct copy of Letter from Texaco to Natural Resource Defense Council (Dec. 27, 1990).

27. Attached as Exhibit 25 hereto is a true and correct copy of *Oil: A Life Cycle Analysis of its Health and Environmental Impacts* (Paul R. Epstein & Jesse Selber, eds., Harvard Medical School March 2002).

28. Attached as Exhibit 26 hereto is a true and correct copy of Letter from E. Bloom to S. Donziger (Sept. 16, 2013).

29. Attached as Exhibit 27 hereto is a true and correct copy of Order filed in *Chevron Corp. v. Donziger*, No. 11-cv-00691, Dkt. 1552 (Oct. 15, 2013).

30. Attached as Exhibit 28 hereto is a true and correct copy of Order filed in *In re Republic of Ecuador* (Kelsh), Case No. 11-mc-80171-CRB (NC) (Jan. 15, 2013).

31. Attached as Exhibit 29 hereto is a true and correct copy of National Resource Defense Council's Environmental Allegations.

32. Attached as Exhibit 30 hereto is a true and correct copy of Ecuadorian Case No. 21100-2003-0002, Box No. 63, Order dated July 29, 2013.

33. Attached as Exhibit 31 hereto is a true and correct copy of Respondent's letter to the Tribunal filed in *Chevron Corp. and Texaco Petroleum Company v. Republic of Ecuador*, PCA Case No. 2009-23 (Mar. 1, 2013).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2014

/s/    *Gregory L. Ewing*
Gregory L. Ewing

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802